# EXHIBIT A

## Offender Movement History Report

# EXHIBIT A

Case 3:23-cv-00231-ART-CLB    Document 38-1    Filed 01/21/25    Page 2 of 8

# O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T

**FROM: 11/08/2018     TO: 12/29/2023**

| | |
|---|---|
| **ID#** : 0001207166    **NAME:** JAMES, SCOTT | **ADMIT DATE:** 12/20/2023 |
| **BIRTH DATE:** 08/03/1988 | **ADMIT TIME:** 15:52 |

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|---|---|---|---|---|---|
| 12/26/2023 | 00:00 | NNCC | Assessment | NNCC | Close |
| 12/22/2023 | 15:47 | NNCC | HOUSING_LOCATION | NNCC-U7-B-8-A | |
| 12/21/2023 | 16:16 | NNCC | HOUSING_LOCATION | NNCC-U8-B-21-A | |
| 12/20/2023 | 16:10 | NNCC | HOUSING_LOCATION | NNCC-U7-A-5-A | |
| 12/20/2023 | 15:52 | NNCC | TRANSFER | FROM CTRMC TO NNCC | RETURN FROM CTRMC |
| 12/20/2023 | 15:52 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTRMC TO NNCC | |
| 12/20/2023 | 15:52 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 12/19/2023 | 13:56 | NNCC | HOUSING_LOCATION | CTRMC-RC | |
| 12/19/2023 | 13:56 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTRMC | |
| 12/19/2023 | 13:55 | NNCC | TRANSFER | FROM NNCC TO CTRMC | ADMIT TO CTRMC 210 |
| 12/19/2023 | 13:55 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | ADMIT TO CTRMC 210 |
| 12/19/2023 | 00:34 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | |
| 12/16/2023 | 17:27 | NNCC | HOUSING_LOCATION | NNCC-U7-A-5-A | |
| 12/16/2023 | 17:26 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTRMC TO NNCC | |
| 12/16/2023 | 17:25 | NNCC | TRANSFER | FROM CTRMC TO NNCC | RELEASED FROM CTRMC |
| 12/15/2023 | 18:40 | NNCC | HOUSING_LOCATION | CTRMC-RC | |
| 12/15/2023 | 18:39 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTRMC | see IR log, med equipment issues, omd stats |
| 12/15/2023 | 18:39 | NNCC | TRANSFER | FROM NNCC TO CTRMC | ADMITTED TO CTRMC ROOM 374 |
| 12/15/2023 | 18:39 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | ADMITTED TO CTRMC ROOM 374 |
| 12/15/2023 | 09:20 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | NNCC Van |
| 11/17/2023 | 15:12 | NNCC | HOUSING_LOCATION | NNCC-U7-A-5-A | |
| 11/04/2023 | 12:40 | NNCC | HOUSING_LOCATION | NNCC-U2-C-6-D | |
| 11/04/2023 | 12:40 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTRMC TO NNCC | |
| 11/04/2023 | 12:38 | NNCC | TRANSFER | FROM CTRMC TO NNCC | released from ctrmc |
| 11/03/2023 | 18:48 | NNCC | HOUSING_LOCATION | CTRMC-RC | |
| 11/03/2023 | 18:47 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTRMC | see IR log, omd stats |
| 11/03/2023 | 18:47 | NNCC | TRANSFER | FROM NNCC TO CTRMC | ADMITTED TO CTRMC ROOM 210 |
| 11/03/2023 | 18:47 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | ADMITTED TO CTRMC ROOM 210 |
| 11/03/2023 | 11:59 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | ER VIA NNCC VAN |
| 11/02/2023 | 20:21 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | DISCHARGED FROM CTRMC |
| 11/02/2023 | 11:16 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | er via van |
| 10/31/2023 | 13:16 | NNCC | HOUSING_LOCATION | NNCC-U2-C-6-D | |
| 10/30/2023 | 19:29 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | |
| 10/30/2023 | 12:58 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | VIA VAN FOR DIALYSIS PORT ISSUES PER APRN VILLEGAS |
| 10/16/2023 | 14:15 | NNCC | HOUSING_LOCATION | NNCC-U1-C-3-K | |
| 09/19/2023 | 14:39 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | RETURN FROM CTRMC-ER |
| 09/19/2023 | 06:46 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | CTRMC ER VIA VAN DUE TO DIALYSIS CUFF ISSUES |
| 09/01/2023 | 14:32 | NNCC | HOUSING_LOCATION | NNCC-U1-B-6-C | |
| 08/31/2023 | 17:14 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | DISCHARGED FROM CTRMC |
| 08/31/2023 | 09:42 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | PORT REPLACEMENT |
| 08/30/2023 | 00:00 | NNCC | Assessment | NNCC | Medium |

NDOC 000201

**O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T**

**FROM: 11/08/2018        TO: 12/29/2023**

**ID#**        0001207166      **NAME:** JAMES,  SCOTT                    **ADMIT DATE:** 12/20/2023
**BIRTH DATE:**  08/03/1988                                              **ADMIT TIME:** 15:52

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|------|------|------|------|-----------|---------|
| 06/05/2023 | 00:00 | NNCC | Assessment | NNCC | Close |
| 05/31/2023 | 11:23 | NNCC | HOUSING_LOCATION | NNCC-U7-B-29-A | |
| 05/11/2023 | 06:45 | NNCC | HOUSING_LOCATION | NNCC-U5-C-18-A | |
| 05/11/2023 | 06:40 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 05/05/2023 | 14:52 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | DISCHARGED FROM THE HOSPITAL TO NNCC |
| 05/05/2023 | 08:45 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | DIALYSIS PORT MALFUNCTION. ER VIA VAN |
| 04/27/2023 | 15:40 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | see IR log omd stats |
| 04/27/2023 | 08:05 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | see IR log omd stats |
| 03/29/2023 | 09:24 | NNCC | HOUSING_LOCATION | NNCC-U5-C-18-A | |
| 03/15/2023 | 13:55 | NNCC | HOUSING_LOCATION | NNCC-U4-A-3-A | |
| 02/23/2023 | 15:05 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | see IR log omd stats |
| 02/23/2023 | 11:19 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | see IR log omd stats |
| 02/22/2023 | 22:00 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | |
| 02/22/2023 | 15:29 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | TRANSPORT VIA NNCC VAN TO CTRMC ER |
| 02/14/2023 | 19:56 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | |
| 02/14/2023 | 10:07 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | CTRMC-ER VIA VAN DUE TO JUGLAR DISTENTION PER DR BARRETT |
| 02/08/2023 | 14:09 | NNCC | HOUSING_LOCATION | NNCC-U4-A-3-B | |
| 02/07/2023 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 01/07/2023 | 09:18 | NNCC | HOUSING_LOCATION | NNCC-U7-B-19-A | |
| 01/07/2023 | 09:09 | NNCC | HOUSING_LOCATION | NNCC-U7-B-19-B | |
| 01/06/2023 | 17:59 | NNCC | HOUSING_LOCATION | NNCC-U7-B-24-A | |
| 01/06/2023 | 17:44 | NNCC | HOUSING_LOCATION | NNCC-U8-A-29-A | |
| 01/06/2023 | 17:33 | NNCC | TEMPORARY ABSENCE | FROM  TO NNCC | |
| 01/06/2023 | 15:10 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO | DAVITA DIALYSIS 1500 E. 2ND ST. |
| 01/06/2023 | 15:05 | NNCC | HOUSING_LOCATION | NNCC-U7-B-19-B | |
| 01/05/2023 | 17:59 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | RETURN FROM CTRMC-ER |
| 01/05/2023 | 09:13 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | DIALYSIS PORT CLEANING/REPLACE |
| 12/05/2022 | 12:28 | NNCC | HOUSING_LOCATION | NNCC-U7-B-24-A | |
| 11/22/2022 | 13:48 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 11/22/2022 | 09:40 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | PROCEDURE/INTERVENTIONAL RADIOLOGY - CTH STATION 3 1600 MEDICAL PKWY CC 445-5500 |
| 11/08/2022 | 11:08 | NNCC | HOUSING_LOCATION | NNCC-U7-B-8-A | |
| 09/27/2022 | 15:14 | NNCC | HOUSING_LOCATION | NNCC-U7-B-16-A | |
| 09/07/2022 | 18:47 | NNCC | HOUSING_LOCATION | NNCC-U8-A-28-A | |
| 08/22/2022 | 13:45 | NNCC | HOUSING_LOCATION | NNCC-U7-B-9-A | |
| 08/16/2022 | 09:08 | NNCC | HOUSING_LOCATION | NNCC-U7-A-1-A | |

NDOC 000202

**O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T**

**FROM: 11/08/2018        TO: 12/29/2023**

Case 3:23-cv-00231-ART-CLB   Document 38-1   Filed 01/21/25   Page 4 of 8

| | | | | | |
|---|---|---|---|---|---|
| **ID#** | 0001207166 | **NAME:** JAMES,  SCOTT | | **ADMIT DATE:** | 12/20/2023 |
| **BIRTH DATE:** | 08/03/1988 | | | **ADMIT TIME:** | 15:52 |

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|---|---|---|---|---|---|
| 08/15/2022 | 15:58 | NNCC | HOUSING_LOCATION | NNCC-U7-A-2-A | |
| 08/15/2022 | 15:45 | NNCC | HOUSING_LOCATION | NNCC-U8-A-28-A | |
| 08/15/2022 | 15:00 | NNCC | HOUSING_LOCATION | NNCC-U7-A-2-A | |
| 08/15/2022 | 00:00 | NNCC | Assessment | NNCC | Close |
| 08/12/2022 | 22:18 | NNCC | HOUSING_LOCATION | NNCC-U8-A-28-A | |
| 08/12/2022 | 22:02 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTRMC TO NNCC | |
| 08/12/2022 | 22:01 | NNCC | TRANSFER | FROM CTRMC TO NNCC | DISCHARGED FROM CTH |
| 08/09/2022 | 16:58 | NNCC | TRANSFER | FROM NNCC TO CTRMC | ADMIT TO CTRMC |
| 08/09/2022 | 16:58 | NNCC | HOUSING_LOCATION | CTRMC-RC | |
| 08/09/2022 | 16:58 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTRMC | |
| 08/09/2022 | 16:56 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | ADMIT TO CTRMC |
| 08/09/2022 | 10:32 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | PER DR HALKI |
| 07/20/2022 | 17:43 | NNCC | TEMPORARY ABSENCE | FROM CTRMC TO NNCC | RETURN FROM CTRMC-ER |
| 07/20/2022 | 11:39 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTRMC | PER DR HALKI |
| 06/29/2022 | 12:08 | NNCC | HOUSING_LOCATION | NNCC-U4-A-12-A | |
| 06/27/2022 | 13:46 | NNCC | HOUSING_LOCATION | NNCC-U5-C-13-A | |
| 06/24/2022 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 06/06/2022 | 00:00 | NNCC | Assessment | | High Risk |
| 04/22/2022 | 11:12 | NNCC | HOUSING_LOCATION | NNCC-U7-B-12-A | |
| 04/09/2022 | 11:13 | NNCC | HOUSING_LOCATION | NNCC-U7-A-17-A | |
| 04/08/2022 | 23:39 | NNCC | HOUSING_LOCATION | NNCC-U8-A-25-A | |
| 04/07/2022 | 00:00 | NNCC | Assessment | | High Risk |
| 03/24/2022 | 15:25 | NNCC | HOUSING_LOCATION | NNCC-U7-A-17-A | |
| 03/23/2022 | 13:59 | NNCC | HOUSING_LOCATION | NNCC-U7-A-19-A | |
| 03/22/2022 | 15:46 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 03/22/2022 | 14:23 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | F/U - CARSON SURGICAL/ DR. HALOW 1375 VISTA LANE CC 882-2067 |
| 03/16/2022 | 15:27 | NNCC | HOUSING_LOCATION | NNCC-U7-A-1-A | |
| 03/16/2022 | 12:35 | NNCC | HOUSING_LOCATION | NNCC-U7-A-17-A | |
| 03/10/2022 | 11:56 | NNCC | HOUSING_LOCATION | NNCC-U7-A-18-A | |
| 02/15/2022 | 00:00 | NNCC | Assessment | NNCC | Close |
| 02/11/2022 | 12:36 | NNCC | HOUSING_LOCATION | NNCC-U7-A-15-A | |
| 02/11/2022 | 09:42 | NNCC | HOUSING_LOCATION | NNCC-U5-C-24-A | |
| 12/06/2021 | 14:33 | NNCC | HOUSING_LOCATION | NNCC-U2-B-3-M | |
| 11/14/2021 | 10:38 | NNCC | HOUSING_LOCATION | NNCC-U8-A-27-A | |
| 11/14/2021 | 10:37 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTH TO NNCC | |
| 11/14/2021 | 10:36 | NNCC | TRANSFER | FROM CTH TO NNCC | RETURN FROM CTH-ER |
| 11/13/2021 | 23:52 | NNCC | HOUSING_LOCATION | CTH-RC | |
| 11/13/2021 | 23:51 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTH | |
| 11/13/2021 | 23:50 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | ADMITTED |
| 11/13/2021 | 23:50 | NNCC | TRANSFER | FROM NNCC TO CTH | ADMITTED |
| 11/13/2021 | 08:50 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | DIALYSIS PORT REPAIR |

NDOC 000203

12/29/2023 14:01       **Nevada Department of Corrections**       Page 4 of 7
ABEUS       **CENTRAL ADMINISTRATION**       OIRMOVEH.2
      6.02.1.2

Case 3:23-cv-00231-ART-CLB    Document 38-1    Filed 01/21/25    Page 5 of 8

# O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T

**FROM: 11/08/2018      TO: 12/29/2023**

| | | |
|---|---|---|
| **ID#** 0001207166    **NAME:** JAMES, SCOTT | **ADMIT DATE:** 12/20/2023 | |
| **BIRTH DATE:** 08/03/1988 | **ADMIT TIME:** 15:52 | |

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|---|---|---|---|---|---|
| 11/12/2021 | 23:35 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | RETURN FROM CTH |
| 11/12/2021 | 09:15 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | Per APRN Villegas |
| 11/10/2021 | 20:14 | NNCC | HOUSING_LOCATION | NNCC-U8-A-27-A | |
| 11/10/2021 | 19:49 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 11/10/2021 | 19:49 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTH TO NNCC | |
| 11/10/2021 | 19:49 | NNCC | TRANSFER | FROM CTH TO NNCC | |
| 11/08/2021 | 15:29 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTH | |
| 11/08/2021 | 15:29 | NNCC | HOUSING_LOCATION | CTH-RC | |
| 11/08/2021 | 15:28 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 11/08/2021 | 15:28 | NNCC | TRANSFER | FROM NNCC TO CTH | |
| 11/08/2021 | 06:32 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | CTH VIA 911, ALTERED STATE OF MIND. |
| 10/21/2021 | 18:13 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-E | |
| 10/21/2021 | 18:11 | NNCC | ADMISSION OR RE-ADMISSION | FROM CTH TO NNCC | |
| 10/21/2021 | 18:11 | NNCC | TRANSFER | FROM CTH TO NNCC | |
| 10/21/2021 | 18:11 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 10/21/2021 | 14:31 | NNCC | HOUSING_LOCATION | CTH-RC | |
| 10/21/2021 | 14:31 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO CTH | |
| 10/21/2021 | 14:30 | NNCC | TRANSFER | FROM NNCC TO CTH | |
| 10/19/2021 | 11:47 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 10/19/2021 | 09:14 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | F/U - CARSON SURGICAL/ DR. HALOW 1375 VISTA LANE CC 882-2067 |
| 10/15/2021 | 15:52 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 10/15/2021 | 11:31 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | SNV NEPHROLOGY ACCESS CENTER 932 RYLAND ST RENO 853-4166 |
| 09/15/2021 | 12:07 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 09/15/2021 | 04:26 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | SURGERY - CTH STATION 3/DR. HALOW 1600 MEDICAL PKWY CC 445-7000 |
| 09/14/2021 | 13:14 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 09/14/2021 | 11:40 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | TYPE & SCREEN - CTH STATION 3 1600 MEDICAL PKWY CC 445-7000 |
| 08/17/2021 | 16:26 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 08/17/2021 | 15:09 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | CONSULT - CARSON SURGICAL/ DR. HALOW 1375 VISTA LANE CC 882-2067 |
| 08/17/2021 | 11:47 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-E | |
| 08/16/2021 | 12:15 | NNCC | HOUSING_LOCATION | NNCC-U5-B-1-A | |
| 08/16/2021 | 11:48 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-E | |
| 08/14/2021 | 18:01 | NNCC | HOUSING_LOCATION | NNCC-U5-B-1-A | |
| 08/14/2021 | 17:59 | NNCC | HOUSING_LOCATION | NNCC-U5-B-2-A | |
| 08/14/2021 | 17:41 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |

NDOC 000204

12/29/2023 14:01                    **Nevada Department of Corrections**              Page 5 of 7
ABEUS                              **CENTRAL ADMINISTRATION**                     OIRMOVEH.2
                          **O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T**    6.02.1.2

                          **FROM: 11/08/2018        TO: 12/29/2023**

---

| ID# | 0001207166 | **NAME:** JAMES, SCOTT | | **ADMIT DATE:** 12/20/2023 |
|---|---|---|---|---|
| **BIRTH DATE:** | 08/03/1988 | | | **ADMIT TIME:** 15:52 |

---

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|---|---|---|---|---|---|
| 08/14/2021 | 10:53 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | CTH-ER BY VAN |
| 08/10/2021 | 13:36 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-E | |
| 07/21/2021 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 07/16/2021 | 09:50 | NNCC | HOUSING_LOCATION | NNCC-U7-A-10-A | |
| 07/16/2021 | 00:00 | NNCC | Assessment | NNCC | Close |
| 06/03/2021 | 14:58 | NNCC | HOUSING_LOCATION | NNCC-U10-A-3-C | |
| 06/03/2021 | 13:48 | NNCC | HOUSING_LOCATION | NNCC-U10-A-1-O | |
| 05/28/2021 | 15:10 | NNCC | HOUSING_LOCATION | NNCC-U4-C-2-B | |
| 05/28/2021 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 04/29/2021 | 13:36 | NNCC | HOUSING_LOCATION | NNCC-U7-B-14-B | |
| 04/01/2021 | 00:00 | NNCC | Assessment | NNCC | Close |
| 03/31/2021 | 09:43 | NNCC | HOUSING_LOCATION | NNCC-U7-B-15-A | |
| 03/22/2021 | 00:00 | NNCC | Assessment | | Medium |
| 03/12/2021 | 14:05 | NNCC | HOUSING_LOCATION | NNCC-U2-B-2-M | |
| 02/26/2021 | 15:42 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-M | |
| 02/25/2021 | 13:21 | NNCC | HOUSING_LOCATION | NNCC-U2-C-7-J | |
| 02/08/2021 | 13:04 | NNCC | HOUSING_LOCATION | NNCC-U2-A-3-I | |
| 02/05/2021 | 13:45 | NNCC | HOUSING_LOCATION | NNCC-U2-A-7-H | |
| 08/28/2020 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 05/18/2020 | 14:32 | NNCC | HOUSING_LOCATION | NNCC-U4-B-29-A | |
| 01/24/2020 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 12/31/2019 | 13:40 | NNCC | HOUSING_LOCATION | NNCC-U2-A-2-C | |
| 12/31/2019 | 13:40 | NNCC | HOUSING_LOCATION | NNCC-U2-B-2-A | |
| 12/18/2019 | 15:00 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 12/18/2019 | 10:59 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | *CALL FROM PARKING GARAGE /ASK FOR A NURSE 323-7500* WESTERN SURGICAL/ DR. JAQUISH   75 PRINGLE WAY # 1002  RENO  323-7500 |
| 12/09/2019 | 16:02 | NNCC | HOUSING_LOCATION | NNCC-U2-B-2-A | |
| 11/05/2019 | 13:01 | NNCC | HOUSING_LOCATION | NNCC-U5-B-13-A | |
| 11/05/2019 | 12:58 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 11/05/2019 | 12:04 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | CTH  ST. 3  1600 MEDICAL PKWY  CC  445-5500 |
| 10/29/2019 | 15:10 | NNCC | HOUSING_LOCATION | NNCC-U8-A-2-A | |
| 10/29/2019 | 14:23 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 10/29/2019 | 14:23 | NNCC | ADMISSION OR RE-ADMISSION | FROM WMC TO NNCC | |
| 10/29/2019 | 14:23 | NNCC | TRANSFER | FROM WMC TO NNCC | |
| 10/16/2019 | 14:30 | NNCC | HOUSING_LOCATION | WMC-RC | |
| 10/16/2019 | 14:30 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO WMC | |
| 10/16/2019 | 14:30 | NNCC | TRANSFER | FROM NNCC TO WMC | ADMITTED TO RENOWN SIERRA TOWER 634 |
| 10/16/2019 | 14:28 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | ADMITTED TO RENOWN SIERRA TOWER 634 |

NDOC 000205

### O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T

**FROM: 11/08/2018     TO: 12/29/2023**

| | | | | | |
|---|---|---|---|---|---|
| **ID#** | 0001207166 | **NAME:** JAMES, SCOTT | | **ADMIT DATE:** 12/20/2023 | |
| **BIRTH DATE:** | 08/03/1988 | | | **ADMIT TIME:** 15:52 | |

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|---|---|---|---|---|---|
| 10/16/2019 | 07:58 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | |
| 09/10/2019 | 14:10 | NNCC | HOUSING_LOCATION | NNCC-U10-B-4-V | |
| 09/04/2019 | 12:34 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 09/04/2019 | 10:38 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | |
| 09/04/2019 | 10:16 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 09/04/2019 | 09:40 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | *CALL FROM PARKING GARAGE /ASK FOR A NURSE 323-7500* WESTERN SURGICAL/ DR. JAQUISH    75 PRINGLE WAY # 1002   RENO   323-7500 |
| 08/27/2019 | 14:45 | NNCC | HOUSING_LOCATION | NNCC-U4-C-25-A | |
| 08/17/2019 | 14:44 | NNCC | HOUSING_LOCATION | NNCC-U6-B-10-A | |
| 08/16/2019 | 20:51 | NNCC | ADMISSION OR RE-ADMISSION | FROM WMC TO NNCC | |
| 08/16/2019 | 20:51 | NNCC | HOUSING_LOCATION | NNCC-U6-A-3-A | |
| 08/16/2019 | 20:49 | NNCC | TRANSFER | FROM WMC TO NNCC | return from hospital |
| 08/15/2019 | 19:42 | NNCC | HOUSING_LOCATION | WMC-RC | |
| 08/15/2019 | 19:42 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO WMC | |
| 08/15/2019 | 19:41 | NNCC | TRANSFER | FROM NNCC TO WMC | 24 HOUR HOLD AT RENOWN POST SURGERY |
| 08/15/2019 | 19:40 | NNCC | TEMPORARY ABSENCE | FROM WMC TO NNCC | |
| 08/15/2019 | 09:18 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO WMC | RENOWN TAHOE TOWER   115 MILL ST. RENO (LATE RELEASE, IF NOT PLACED ON 24 HR OBSERVATION) |
| 08/14/2019 | 14:16 | NNCC | HOUSING_LOCATION | NNCC-U5-B-31-C | |
| 07/25/2019 | 13:15 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 07/25/2019 | 06:58 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | CTH   ST 3   1600 Medical Pkwy   CC   445-5500 |
| 06/19/2019 | 15:50 | NNCC | HOUSING_LOCATION | NNCC-U5-B-8-A | |
| 06/14/2019 | 13:24 | NNCC | HOUSING_LOCATION | NNCC-U5-A-9-A | |
| 06/14/2019 | 11:31 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |
| 06/14/2019 | 07:42 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | *CALL 323-7500 and ask for a nurse* WESTERN SURGICAL/DR. JAQUISH   75 PRINGLE WAY, #1002   RENO |
| 06/07/2019 | 15:07 | NNCC | HOUSING_LOCATION | NNCC-U5-B-31-A | |
| 05/29/2019 | 16:38 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 05/29/2019 | 16:38 | NNCC | ADMISSION OR RE-ADMISSION | FROM WMC TO NNCC | |
| 05/29/2019 | 16:38 | NNCC | HOUSING_LOCATION | NNCC-U6-B-8-A | |
| 05/29/2019 | 16:25 | NNCC | TRANSFER | FROM WMC TO NNCC | |
| 05/21/2019 | 14:09 | NNCC | HOUSING_LOCATION | WMC-RC | |
| 05/21/2019 | 14:09 | NNCC | ADMISSION OR RE-ADMISSION | FROM NNCC TO WMC | |
| 05/21/2019 | 14:08 | NNCC | TRANSFER | FROM NNCC TO WMC | ADMITTED TO RENOWN ROOM ER BLUE 18 |
| 05/21/2019 | 14:08 | NNCC | TEMPORARY ABSENCE | FROM OUT TO NNCC | |

NDOC 000206

12/29/2023 14:01                    **Nevada Department of Corrections**                    Page 7 of 7
ABEUS                              **CENTRAL ADMINISTRATION**                              OIRMOVEH.2
                    **O F F E N D E R   M O V E M E N T   H I S T O R Y   R E P O R T**      6.02.1.2

                          **FROM: 11/08/2018       TO: 12/29/2023**

Case 3:23-cv-00231-ART-CLB   Document 38-1   Filed 01/21/25   Page 8 of 8

---

**ID#**        0001207166     **NAME:** JAMES,  SCOTT                    **ADMIT DATE:** 12/20/2023
**BIRTH DATE:**  08/03/1988                                             **ADMIT TIME:** 15:52

---

| DATE | TIME | INST | TYPE | ASSIGNMENT | COMMENT |
|------|------|------|------|------------|---------|
| 05/21/2019 | 10:48 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO OUT | SNV NEPHROLOGY ACCESS CENTER  932 RYLAND ST RENO 853-4166 |
| 05/20/2019 | 00:00 | NNCC | Assessment | | PREA ASSESSMENT SCORE |
| 05/17/2019 | 15:20 | NNCC | TEMPORARY ABSENCE | FROM CTH TO NNCC | |
| 05/17/2019 | 10:53 | NNCC | TEMPORARY ABSENCE | FROM NNCC TO CTH | |
| 05/16/2019 | 18:00 | NNCC | HOUSING_LOCATION | NNCC-U4-B-29-B | |
| 05/16/2019 | 17:33 | NNCC | HOUSING_LOCATION | NNCC-RC | |
| 05/16/2019 | 17:32 | NNCC | ADMISSION OR RE-ADMISSION | FROM HDSP TO NNCC | |
| 05/16/2019 | 08:03 | NNCC | TRANSFER | FROM HDSP TO NNCC | PER MEDICAL |
| 05/16/2019 | 00:00 | NNCC | Assessment | | PREA ASSESSMENT SCORE |
| 05/15/2019 | 21:06 | NNCC | HOUSING_LOCATION | HDSP-U13-A-3-A | |
| 05/15/2019 | 20:35 | NNCC | HOUSING_LOCATION | HDSP-RC | |
| 05/15/2019 | 20:34 | NNCC | ADMISSION OR RE-ADMISSION | FROM CHH TO HDSP | |
| 05/15/2019 | 20:34 | NNCC | TRANSFER | FROM CHH TO HDSP | |
| 05/15/2019 | 00:00 | NNCC | Assessment | NNCC | Medium |
| 04/30/2019 | 21:13 | NNCC | HOUSING_LOCATION | CHH-RC | |
| 04/30/2019 | 21:12 | NNCC | ADMISSION OR RE-ADMISSION | FROM HDSP TO CHH | |
| 04/30/2019 | 21:11 | NNCC | TEMPORARY ABSENCE | FROM OUT TO HDSP | |
| 04/30/2019 | 21:11 | NNCC | TRANSFER | FROM HDSP TO CHH | |
| 04/30/2019 | 14:36 | NNCC | TEMPORARY ABSENCE | FROM HDSP TO OUT | kidney specialists |
| 04/29/2019 | 14:11 | NNCC | HOUSING_LOCATION | HDSP-U6-C-13-B | |
| 02/28/2019 | 10:49 | NNCC | TEMPORARY ABSENCE | FROM OUT TO HDSP | |
| 02/28/2019 | 07:31 | NNCC | TEMPORARY ABSENCE | FROM HDSP TO OUT | kidney spc |
| 02/19/2019 | 13:51 | NNCC | HOUSING_LOCATION | HDSP-U7-C-32-B | |
| 12/28/2018 | 15:23 | NNCC | HOUSING_LOCATION | HDSP-U6-C-12-B | |
| 12/28/2018 | 01:59 | NNCC | HOUSING_LOCATION | HDSP-U13-A-8-A | |
| 12/10/2018 | 15:42 | NNCC | HOUSING_LOCATION | HDSP-U6-C-8-B | |
| 11/20/2018 | 00:00 | NNCC | Assessment | | PREA ASSESSMENT SCORE |
| 11/19/2018 | 00:00 | NNCC | Assessment | HDSP | Medium |
| 11/08/2018 | 15:44 | NNCC | HOUSING_LOCATION | HDSP-U1-D-16-B | |
| 11/08/2018 | 10:05 | NNCC | ADMISSION OR RE-ADMISSION | FROM CCDC TO HDSP | |
| 11/08/2018 | 10:05 | NNCC | HOUSING_LOCATION | HDSP-RC | |
| 11/08/2018 | 00:00 | NNCC | Assessment | | PREA ASSESSMENT SCORE |
| 11/08/2018 | 00:00 | NNCC | Assessment | | High |
| 11/08/2018 | 00:00 | NNCC | Assessment | | Associate |

NDOC 000207