# AUTHENTICATING

# DECLARATION

# OF

# <u>Robert Hartman</u>

AARON D. FORD
 Attorney General
KYLE L. HILL, (Bar No.16094)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Melissa Mitchell,
Gaylene Fukagawa, Vanessa Timbreza,
Kellen Prost, and Lorenzo Villegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>                        Plaintiff,<br><br>v.<br><br>MICHELL, *et al.*,<br><br>                        Defendant. | Case No. 3:23-cv-00231-ART-CLB<br><br>**DECLARATION OF<br>ROBERT HARTMAN** |

I, ROBERT HARTMAN, being first duly sworn, under penalty of perjury pursuant to the laws of the United States deposes and says:

1.      I am employed as an Associate Warden of Programs at Northern Nevada Correctional Center (NNCC), a correctional facility within the statewide prison system operated by the Nevada Department of Corrections (NDOC), having my place of employment in Carson City, Nevada.

2.      In my capacity as an Associate Warden at NNCC, I have knowledge of the processes by which inmate administrative regulations, institutional grievances and institutional files are received, indexed, stored, maintained, archived, and subsequently searched and retrieved within the NDOC and NNCC, whether in electronic form or paper form, in the ordinary course of the operations of prison administration.

///

Page 1

3.     In connection with the filing of this Declaration, I was contacted by the Attorney General's Office, who represents Defendants (Melissa Mitchell, Gaylene Fukagawa, Vanessa Timbreza, Kellen Prost, and Lorenzo Villegas) in the matter *James Edward Scott, III v. Mitchell, et al.,* now proceeding in the United States District Court, District of Nevada as Case Number 3:23-cv-00231-ART-CLB. It was requested that I provide truthful and accurate information, including the authentication of certain documents in support of a brief Defendants intend to file with the Court and for other proper purposes.

4.     I am not named as a Defendant in this lawsuit.

5.     I hereby certify that I have reviewed what is marked as Ex. A, Offender Movement History Report, and this is a true and accurate copy of the NDOC movement history for offender James Edward Scott #1207166 as of the run date December 29, 2023.

6.     I hereby certify that I have reviewed what is marked as Ex. C, Inmate Grievance History, and this is a true and accurate copy of the NDOC Grievance History for offender James Edward Scott #1207166 as of the run date December 29, 2023.

FURTHER, I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 21st day of January, 2025.

Robert Hartman
Associate Warden of Programs
NNCC