# AUTHENTICATING

# DECLARATION

# OF

# <u>Christy Coss</u>

AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Melissa Mitchell,*
*Gaylene Fukagawa, Vanessa Timbreza,*
*Kellen Prost, and Lorenzo Villegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHELL, *et al.*,<br><br>                    Defendant. | Case No. 3:23-cv-00231-ART-CLB<br><br>**DECLARATION OF CHRISTY COSS, DIRECTOR OF NURSING SERVICES I, NORTHERN NEVADA CORRECTIONAL CENTER** |

I, CHRISTY COSS, being first duly sworn, under penalty of perjury pursuant to the laws of the United States deposes and says:

1.     The statements contained in this Declaration, except where otherwise indicated to be upon information and belief, are based on my personal knowledge and experience.

2.     In connection with the filing of this Declaration, I was contacted by the Attorney General's Office, who represents Defendants (Melissa Mitchell, Gaylene Fukagawa, Vanessa Timbreza, Kellen Prost, and Lorenzo Villegas) in the matter *James Edward Scott, III v. Mitchell, et al.,* now proceeding in the United States District Court, District of Nevada as Case Number 3:23-cv-00231-ART-CLB. It was requested that I provide truthful and accurate information, including the authentication of documents in support of a brief Defendants intend to file with the Court and for other proper purposes.

Page 1

3.    This Declaration provides information to be used by the Court when determining the authenticity of medical records provided by Defendants.

4.    I am not a named Defendant in the current action.

5.    I am the Director of Nursing Services I at Northern Nevada Correctional Center.

6.    I personally reviewed the medical files for the Plaintiff, James Edward Scott #1207166, labeled as Ex. B Relevant Medical Records. These documents are true and accurate copies of medical records pertaining to offender Scott #1207166.

FURTHER, I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 21st day of January, 2025.

Christy Coss
Director of Nursing Services I
NNCC