**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MELISSA MICHELL, *et al.*,<br><br>　　　　　　　　　　Defendant. | Case No. 3:23-CV-00231-ART-CLB<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>[ECF No. 52] |

Before the Court is Plaintiff James Edward Scott's ("Scott") motion for partial summary judgment. (ECF No. 52.) On November 13, 2024, the Court issued an order extending the deadline for dispositive motions to January 20, 2025. (ECF No. 35 at 4.) Scott's motion, then, is more than eight months late and in violation of the Court's previous order.

Accordingly, Scott's motion for partial summary judgment, (ECF No. 52), is **STRICKEN** from the record. *See* LR IC 7-1 ("The court may strike documents that do not comply with [the local] rules."); *see also Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (noting that district courts have authority to strike improper filings under their inherent power to control the docket).

**DATED**: October 2, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**